Case 1:23-cv-07284-PAC   Document 5   Filed 09/06/23   Page 1 of 1
Case 1:23-mc-00274-JSR   Document 3   Filed 08/16/23   Page 1 of 1
Case 1:23-mc-00274-JSR   Document 1-5 (Ex Parte)   Filed 08/15/23   Page 1 of 1

JUDGE CROTTY

23 CV 07284

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION, INC.;
BEDFORD, FREEMAN & WORTH
PUBLISHING GROUP, LLC D/B/A
MACMILLAN LEARNING;
MACMILLAN HOLDINGS, LLC;
CENGAGE LEARNING, INC.;
ELSEVIER INC.; ELSEVIER B.V.; and
MCGRAW HILL LLC,

    Plaintiffs,

v.

KHALED HASAN; NASIMA AKHTER;
ANIL KUMAR; RAJIV KUMAR;
KOUROS SHAHIDI GHAMSARI; ANK
EXIM LLC; AURUM AMB LLC; IIZ
FORWARDING LLC; WESTPVTLTD
LLC; and DOES 1-50,

    Defendants.

Miscellaneous Action No.

[PROPOSED] TEMPORARY SEALING ORDER

Plaintiffs, having moved to file a new civil case under seal in the traditional manner, in paper form, and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal, it is hereby

ORDERED this case may be filed under seal. The parties are directed to proceed in accordance with the instructions for filing under seal found in the Court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

The Clerk is directed to restrict access to this order to the selected party viewing level.

Dated: 8/16/23
New York, New York

_____
United States District Judge