IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; CENGAGE LEARNING, INC.; ELSEVIER INC.; ELSEVIER B.V.; MCGRAW HILL LLC; AMERICAN ACADEMY OF PEDIATRICS; AMERICAN HEART ASSOCIATION, INC.; AMERICAN PSYCHIATRIC ASSOCIATION; AMERICAN PSYCHOLOGICAL ASSOCIATION, INC.; GUILFORD PUBLICATIONS, INC.; HARPERCOLLINS PUBLISHERS LLC; THE ZONDERVAN CORPORATION LLC; JOHN WILEY AND SONS, INC.; JONES & BARTLETT LEARNING, LLC; NO STARCH PRESS, INC.; PENGUIN RANDOM HOUSE LLC; PENGUIN BOOKS LIMITED COMPANY; SOURCEBOOKS, LLC; SIMON & SCHUSTER, INC.; SPRINGER PUBLISHING COMPANY, LLC; TAYLOR & FRANCIS GROUP LLC; W.W. NORTON & COMPANY, INC.; LIVERIGHT PUBLISHING CORPORATION; and WOLTERS KLUWER HEALTH, INC.;<br><br>      Plaintiffs,<br><br>  v.<br><br>KHALED HASAN; NASIMA AKHTER; ANK EXIM LLC; AURUM AMB LLC; IIZ FORWARDING LLC; WESTPVTLTD LLC; PRITAM SINGH; POOJA BISHT; ANKUSH SHARMA; ANSHOO SHARMA; PRAVEEN KUMAR SHARMA; ANINDITA MAHANTA; MOHD KASHIF RASHID; SAMAN | Civil Action No. 23-cv-07284 (PAC)<br><br>[~~PROPOSED~~] ORDER TO AMEND ORDER SEIZE GOODS AND TO COMPEL CUSTOMS AND BORDER PROTECTION TO CARRY OUT SUCH SEIZURE UNLESS CARRIED OUT BY OTHER LAW ENFORCEMENT OFFICIALS |

1

NAAZ; ZYRUS ERETAIL PRIVATE LIMITED; TWIQ EXPORT PVT LTD; STOREMATE KART SERVICES PVT LTD; LIFE OF RILEY PRIVATE LIMITED; LIFE OF RILEY INTERNATIONAL INC.; POOJA SHARMA; and DOES 1–50;

      Defendants.

Pearson Education, Inc., Macmillan Holdings, LLC, Cengage Learning, Inc., Elsevier Inc., Elsevier B.V., and McGraw Hill LLC, American Academy of Pediatrics, American Heart Association, Inc., American Psychiatric Association, American Psychological Association, Inc., Guilford Publications, Inc., HarperCollins Publishers LLC, The Zondervan Corporation LLC, John Wiley and Sons, Inc., Jones & Bartlett Learning, LLC, No Starch Press, Inc., Penguin Random House LLC, Penguin Books Limited Company, Sourcebooks, LLC, Simon & Schuster, Inc., Springer Publishing Company, LLC, Taylor & Francis Group LLC, W.W. Norton & Company, Inc., and Wolters Kluwer Health, Inc. (collectively, the "Trademark Plaintiffs") have moved *ex parte* (the "Motion") against Defendants Khaled Hasan, Nasima Akhter, ANK EXIM LLC; AURUM AMB LLC, IIZ FORWARDING LLC, WESTPVTLTD LLC, and Does 1–50 (collectively, "Defendants") for an order amending one provision in the Court's October 10, 2023 Order to Seize Goods, *inter alia.* (the "October 10 Order") (under seal). The Court, having reviewed the Motion, the papers filed in support of the Motion, the Amended Complaint, and the entire record herein, hereby **GRANTS** the Motion.

**IT IS HEREBY ORDERED** The third paragraph on the seventh page of the October 10 Order is replaced with the following:

The Trademark Plaintiffs or Plaintiffs' Agents shall promptly inspect the Seized Products and shall return any of the following to Defendants within thirty (30) days of the date the seizure

3

was conducted: any items that are found to be outside the scope of this Order or the October 10 Order; any books that do not purport to bear identical or substantially indistinguishable reproductions of a trademark to which a Trademark Plaintiff is the registrant; and any copies of books seized that are not determined to be counterfeit.

*[signature]*                                           11/13/2023

UNITED STATES DISTRICT JUDGE