**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PEARSON EDUCATION, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; CENGAGE LEARNING, INC.; ELSEVIER INC.; ELSEVIER B.V.; MCGRAW HILL LLC; AMERICAN ACADEMY OF PEDIATRICS; AMERICAN HEART ASSOCIATION, INC.; AMERICAN PSYCHIATRIC ASSOCIATION; AMERICAN PSYCHOLOGICAL ASSOCIATION, INC.; GUILFORD PUBLICATIONS, INC.; HARPERCOLLINS PUBLISHERS LLC; THE ZONDERVAN CORPORATION LLC; JOHN WILEY AND SONS, INC.; JONES & BARTLETT LEARNING, LLC; NO STARCH PRESS, INC.; PENGUIN RANDOM HOUSE LLC; PENGUIN BOOKS LIMITED COMPANY; SOURCEBOOKS, LLC; SIMON & SCHUSTER, INC.; SPRINGER PUBLISHING COMPANY, LLC; TAYLOR & FRANCIS GROUP LLC; W.W. NORTON & COMPANY, INC.; LIVERIGHT PUBLISHING CORPORATION; and WOLTERS KLUWER HEALTH, INC.;<br><br>  Plaintiffs,<br><br>  v.<br><br>KHALED HASAN; NASIMA AKHTER; ANK EXIM LLC; AURUM AMB LLC; IIZ FORWARDING LLC; WESTPVTLTD LLC; PRITAM SINGH; POOJA BISHT; ANKUSH SHARMA; ANSHOO SHARMA; PRAVEEN KUMAR SHARMA; ANINDITA MAHANTA; MOHD KASHIF RASHID; | **Civil Action No. 1:23-cv-07284-PAC** |

1

SAMAN NAAZ; ZYRUS ERETAIL
PRIVATE LIMITED; TWIQ EXPORT
PVT LTD; STOREMATE KART
SERVICES PVT LTD; LIFE OF RILEY
PRIVATE LIMITED; LIFE OF RILEY
INTERNATIONAL INC.; POOJA
SHARMA; and DOES 1–50;

      Defendants.

## [PROPOSED] ORDER RELEASING CERTAIN RESTRAINED FUNDS TO EFFECTUATE SETTLEMENT AGREEMENT

Plaintiffs in this action have filed a Complaint and Amended Complaint for copyright and trademark infringement against multiple named and Doe Defendants, including Doe Defendants d/b/a Ronnybooks (i.e., the owners, operators, and/or controllers of the online storefront known as "Ronnybooks") ("Ronnybooks Defendants"). On September 14, 2023 and November 9, 2023, respectively, the Court issued a Preliminary Injunction and an Amended Preliminary Injunction, which contain asset restraint provisions, in compliance with which Wells Fargo Bank, N.A. ("Wells Fargo") restrained accounts maintained in the names of Ronnybooks Defendants (the "Ronnybooks Accounts"). Plaintiffs and Ronnybooks Defendants (the "Parties") have now informed the Court that they have reached an agreement to resolve Plaintiffs' claims against Ronnybooks Defendants, but that in order to effectuate this agreement, Wells Fargo must remit payment of certain funds in Ronnybooks Accounts ("Ronnybooks Funds") to Plaintiffs. Accordingly, on February 14, 2024, the Parties filed a letter motion seeking an order excepting the Ronnybooks Funds from the asset restraint provisions in the Amended Preliminary Injunction.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Parties' letter motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Wells Fargo is permitted to release the restraint of Ronnybooks Accounts and remit payment of Ronnybooks Funds to Plaintiffs, but to continue the restraint of Ronnybooks Accounts, as requested by the Parties to effectuate their settlement agreement.

**IT IS FURTHER ORDERED** that this Order supersedes the asset restraint provisions in the Amended Preliminary Injunction (ECF No. 97 at 8 ¶ 2 & App. D at 11) with respect to the Ronnybooks Defendants only.

**SO ORDERED** this the  22  day of February 2024.

_____
Paul A. Crotty
UNITED STATES DISTRICT JUDGE