# Exhibit 1

# Ministry Of Corporate Affairs

Date : 11-10-2024 3:13:13 pm

**Company Information**

| CIN | U52500UP2019OPC117226 |
|---|---|
| Company Name | VOZANA HOMES (OPC) PRIVATE LIMITED |
| ROC Name | ROC Kanpur |
| Registration Number | 117226 |
| Date of Incorporation | 23/05/2019 |
| Email Id | director@makalulife.com |
| Registered Address | Plot No 59 B Block Sector-60, Gautam Buddha Nagar, NOIDA, Uttar Pradesh, India, 201301 |
| Address at which the books of account are to be maintained | - |
| Listed in Stock Exchange(s) (Y/N) | No |
| Category of Company | Company limited by shares |
| Subcategory of the Company | Non-government company |
| Class of Company | One Person Company |
| ACTIVE compliance | - |
| Authorised Capital (Rs) | 1,00,000 |
| Paid up Capital (Rs) | 1,00,000 |
| Date of last AGM | - |
| Date of Balance Sheet | 31/03/2023 |
| Company Status | Active |

**Jurisdiction**

| ROC (name and office) | ROC Kanpur |
|---|---|
| RD (name and Region) | RD, Northern Region |

## Index of Charges

No Records Found

## Director/Signatory Details

| Sr. No | DIN/PAN | Name | Designation | Date of Appointment | Cessation Date | Signatory |
|---|---|---|---|---|---|---|
| 1 | 07842319 | VRINDA SHARMA | Director | 23/05/2019 | - | Yes |