# Exhibit 2

Welcome Guest    Forms & Downloads  Sitemap                                          Font Size  + A −       Sign In /



**EMPOWERING BUSINESS, PROTECTING INVESTORS**
REGULATOR • INTEGRATOR • FACILITATOR • EDUCATOR

Search

Home | About MCA | Acts & Rules | My Workspace | My Application | MCA Services | Data & Reports | E-Consultation | Help & FAQs | Contact Us

## MCA Services

Home > MCA Services > Master Data > Company/LLP Master Data

- DSC Services
- DIN Services
- Master Data
  - About Master Data
  - View Company / LLP Master Data
  - View Index of Charges
  - View Signatory Details
  - View Director Master Data
  - View Director / Designated Partner Details 🔒
  - Advanced Search 🔒
- LLP Services
- e-Filing
- Company Services
- Complaints
- Document Related Services
- Fee and Payment Services
- Investor Services
- ID Databank Registration
- Track SRN/Transaction Status 🔒
- Address for sending physical copy of G.A.R. 33
- Public Search of Trademark
- Notices Under Section 248(2)

### Company/LLP Master Data

| | |
|---|---|
| CIN | U52500DL2017PTC322655 |
| Company Name | LIFE OF RILEY PRIVATE LIMITED |
| ROC Code | RoC-Delhi |
| Registration Number | 322655 |
| Company Category | Company limited by Shares |
| Company SubCategory | Non-govt company |
| Class of Company | Private |
| Authorised Capital(Rs) | 100000 |
| Paid up Capital(Rs) | 100000 |
| Number of Members(Applicable in case of company without Share Capital) | 0 |
| Date of Incorporation | 24/08/2017 |
| Registered Address | B-47, Suraj Mal Vihar Near Yamuna Sports Complex East Delhi East Delhi DL 110092 IN |
| Address other than R/o where all or any books of account and papers are maintained | - |
| Email Id | Director@Lifeofriley.in |
| Whether Listed or not | Unlisted |
| ACTIVE compliance | ACTIVE compliant |
| Suspended at stock exchange | - |
| Date of last AGM | 30/09/2022 |
| Date of Balance Sheet | 31/03/2022 |
| Company Status(for efiling) | Active |

### Charges

| Assets under charge | Charge Amount | Date of Creation | Date of Modification | Status |
|---|---|---|---|---|
| Motor Vehicle (Hypothecation) | 3329734 | 10/05/2021 | - | OPEN |
| Immovable property or any interest therein | 30100000 | 12/11/2021 | 03/02/2022 | OPEN |

### Directors/Signatory Details

| DIN/PAN | Name | Begin date | End date | Surrendered DIN |
|---|---|---|---|---|
| 07842319 | VRINDA SHARMA | 24/08/2017 | - | |
| 08431890 | RAMESH CHAND SHARMA | 01/09/2020 | - | |
| 09616045 | VIDUSHI SHARMA | 04/05/2023 | - | |
| 09723458 | RAGHAV SHARMA | 02/09/2022 | - | |

Export To Excel    Print

## QUICK LINKS

PMO     ICAI(CA)     IRDA     BSE 

| NFCG ↗ | RTI Online | SEBI ↗ | ICSI(CS) |
| Trademarks Portal | Invest India ↗ | In.Registry ↗ | Public Gr |
| MyGov.In ↗ | Principal Accounts Office | NVS Portal | Latest Ne |
| Website Policies | IEPFA Portal ↗ | RBI ↗ | Feedback |
| Institute Of Cost Accountants Of India ↗ | NSE ↗ | Participate In The Fight Against Corruption ↗ | Contact U |
| XBRL | | | |

Disclaimer
This site is owned by Ministry of Corporate Affairs.
The site is best viewed in Microsoft Edge 89.0 , Firefox 83.0 or Chrome 89.0