# Exhibit 3

# Ministry Of Corporate Affairs

Date : 15-10-2024 2:51:51 pm

**Company Information**

| CIN | U52100DL2019PTC349864 |
|---|---|
| Company Name | LEATHER CEATRA PRIVATE LIMITED |
| ROC Name | ROC Delhi |
| Registration Number | 349864 |
| Date of Incorporation | 09/05/2019 |
| Email Id | Director@anantamhomes.com |
| Registered Address | B-47, F/F, Suraj Mal Vihar, North East, Delhi, Delhi, India, 110092 |
| Address at which the books of account are to be maintained | - |
| Listed in Stock Exchange(s) (Y/N) | No |
| Category of Company | Company limited by shares |
| Subcategory of the Company | Non-government company |
| Class of Company | Private |
| ACTIVE compliance | - |
| Authorised Capital (Rs) | 1,00,000 |
| Paid up Capital (Rs) | 1,00,000 |
| Date of last AGM | - |
| Date of Balance Sheet | 31/03/2023 |
| Company Status | Active |

**Jurisdiction**

| ROC (name and office) | ROC Delhi |
|---|---|
| RD (name and Region) | RD, Northern Region |

## Index of Charges

No Records Found

**Director/Signatory Details**

| Sr. No | DIN/PAN | Name | Designation | Date of Appointment | Cessation Date | Signatory |
|---|---|---|---|---|---|---|
| 1 | 08431890 | RAMESH CHAND SHARMA | Director | 09/05/2019 | - | Yes |
| 2 | 09723458 | RAGHAV SHARMA | Director | 02/09/2022 | - | Yes |
| 3 | 09616045 | VIDUSHI SHARMA | Director | 04/03/2024 | - | Yes |