UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC., et al.,

                Plaintiffs,

    -against-                                     23-cv-7284 (LAK)

KHALED HASAN, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## MEMORANDUM AND ORDER

LEWIS A. KAPLAN, *District Judge.*

        On January 17, 2025, the Court issued an order amending judgment. Dkt 181. The filed copy of that order inadvertently omitted a portion of Appendix D appended to the order. Attached is the order amending judgment. The Clerk shall file it in place of the incomplete version filed on January 17.

        SO ORDERED.

Dated:        January 24, 2025

                                                      Lewis A. Kaplan
                                               United States District Judge