UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; CENGAGE LEARNING, INC.; ELSEVIER INC.; ELSEVIER B.V.; MCGRAW HILL LLC; AMERICAN ACADEMY OF PEDIATRICS; AMERICAN HEART ASSOCIATION, INC.; AMERICAN PSYCHIATRIC ASSOCIATION; AMERICAN PSYCHOLOGICAL ASSOCIATION, INC.; GUILFORD PUBLICATIONS, INC.; HARPERCOLLINS PUBLISHERS LLC; THE ZONDERVAN CORPORATION LLC; JOHN WILEY AND SONS, INC.; JONES & BARTLETT LEARNING, LLC; NO STARCH PRESS, INC.; PENGUIN RANDOM HOUSE LLC; PENGUIN BOOKS LIMITED COMPANY; SOURCEBOOKS, LLC; SIMON & SCHUSTER, INC.; SPRINGER PUBLISHING COMPANY, LLC; TAYLOR & FRANCIS GROUP LLC; W.W. NORTON & COMPANY, INC.; LIVERIGHT PUBLISHING CORPORATION; and WOLTERS KLUWER HEALTH, INC.;

        Plaintiffs,

  v.

KHALED HASAN; NASIMA AKHTER; ANK EXIM LLC; AURUM AMB LLC; IIZ FORWARDING LLC; WESTPVTLTD LLC; PRITAM SINGH, POOJA BISHT, ANKUSH SHARMA; ANSHOO SHARMA; PRAVEEN KUMAR SHARMA; ANINDITA MAHANTA; MOHD KASHIF RASHID; SAMAN NAAZ; ZYRUS ERETAIL PRIVATE LIMITED; TWIQ EXPORT PVT LTD; STOREMATE KART SERVICES PVT LTD; LIFE OF RILEY PRIVATE LIMITED;

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/25

Civil Action No. 23-cv-7284-LAK

[PROPOSED] Order Amending Judgment

> LIFE OF RILEY INTERNATIONAL INC.;
> POOJA SHARMA; and DOES 1–50;
>
> Defendants.

Upon Plaintiffs' Motion to Amend Appendix D to the Default judgment, Permanent Injunction, and Post-Judgment Relief Order ("Motion"), the supporting Memorandum of Law and declaration, and the entire record herein,

IT IS HEREBY ORDERED that Plaintiffs' Motion [Dkt. 177] is GRANTED;

IT IS FURTHER ORDERED that Appendix D to the Court's April 22, 2024 Default Judgment, Permanent Injunction, and Post-Judgment Relief Order (ECF No. 170) ("Default Judgment") is amended, as requested in Plaintiffs' Motion;

IT IS FURTHER ORDERED that the First Amended Appendix D, which is attached hereto, replaces and supersedes Appendix D to the Current Injunction.

It is SO ORDERED on this 17th day of Jan , 2024.

_____
HON. LEWIS A. KAPLAN
United States District Judge

Appendix D - Identifying Information

| Doe/Group | Defendant(s) | Am. Compl. Infringing Storefront(s) | Additional Infringing Storefront(s) | Alias(es) and Names | Email Address(es) |
|---|---|---|---|---|---|
| Group 1 | Khaled Hasan | - 🎩 Urban Studio 🎩 - | ARYSTPU LLC | ANA RODRIGUEZ | aaronmschnidlin@gmail.com |
| | Nasima Akhter | -people's hat 🎩 | Bedding Craft LLC | ABBY ENDRES | abigailtrevena2@gmail.com |
| | ANK EXIM LLC | 24x7 Book | Bhavesh Exports | Abhishek Katiyar | absharma9675@gmail.com |
| | AURUM AMB LLC | AARAV EXPORT LLC | Blue Pond Books | Ajay Kumar | afeb2602@gmail.com |
| | IIZ Forwarding LLC | AAREXT LLC | Boardsipsfo | Alex Davidson | aflexbooks@gmail.com |
| | WESTPVTLTD LLC | AB02- Malika Store | CarDreE | Alfred Homes | ag0904742@gmail.com |
| | Pritam Singh | ABC Tracking | Click & Read Books | Alice Meriel Hodgson-Teall | agradilla@rediffmail.com |
| | Pooja Bisht | ABC Tracking Pankaj | Dailydeals LLC | Allice | ahmedarshi047@gmail.com |
| | Ankush Sharma | Adambooks | DALTON BRODLY | ALLIE SHUB | ajay725201@gmail.com |
| | Anshoo Sharma | AEROLINE FAST | Deconoor Imports LLC | Amber Rose Boothe | ak3662106@gmail.com |
| | Praveen Kumar Sharma | Akhand LLC | Dhruvcart LLC | Amit | alexxubooks@gmail.com |
| | Anindita Mahanta | Alltimeon | discounted books sto | Amit chantyal | alicemathew237@gmail.com |
| | Mohd Kashif Rashid | Alpha Book$tore | DOMUS GENERAL CORP. | Ammar Perwez | alicerabbie45@gmail.com |
| | Saman Naaz | AMAZON SHIPPERS | DOMUS-EX-A | Amreek Singh Brar | alikagarcia41@yahoo.com |
| | Zyrus eRetail Private Limited | Amber Supplements Co. | Dwell Homeware LLC | Andrea Clemente Simon | allisonharis@yahoo.com |
| | TWIQ EXPORT PVT LTD | Arbab | ESTELIZA LLC | ANDREA SIMON | amandagunn79@yahoo.com |
| | STOREMATE KART SERVICES PVT LTD | ASASIMA | | ANDREW M | amandareynosa02@gmail.com |
| | | | Evolvable Retail Sciences LLC | | |
| | | AURA LUX LIMITED | Fargo Flights LLC | Anil Anil | amazinghot2021@gmail.com |
| | | aurum-21 | FASHION UNLIMITED LLC | Anil Kumar | ammar.perwez1@gmail.com |
| | | AURUMamb | Hillton i | Ankit Sharma | amrey2022@yahoo.com |
| | | awake store | HK VOLUME EXPORT PVT LTD | ANMOL AHUJA | anil07john@gmail.com |
| | | BERRY_LLC | Inospire Books | Ann S Pollack | aninditaamahanta@gmail.com |
| | | BLACKBERRY_LLC | Inospire Capital FZE LLC | APPLEBOOKS | ankeximllc@gmail.com |
| | | BLACKBERRY_LLC | INSPIRE STORE | Arbab | ankur101022garg@gmail.com |
| | | BOOKS ARROUND U LLC | John Books | Arbab Arbab | ankushupadhadhya@gmail.com |
| | | BOOKZONE | Leather Jackson LLC | Army Tag | anshoosharma8686@gmail.com |
| | | Buy & Shop- Kashif | Liberty on the book | Arprit | anthony.musick@yahoo.com |
| | | buy&shop_smart | LINKED ENTERPRISES CORP | Arsen Abdykary uulu | april.parker24@yahoo.com |
| | | Cating Labs | LORENZO#PLANET | Aruna Reddy Katpally | armytagea7@gmail.com |
| | | CBR EAST AND WEST SOLUTION PVT LTD. | Lucria Consult LLC | Arvind Kumar | arunareddyk1984@gmail.com |
| | | Cherry Book | LUXURY NAILS AND SPA LN | Ashley Potthoff | as59254300@yahoo.com |
| | | CHUMKITSL | MALIK BOOK STORE | Aubrey Smiga | ashleymckoyam@gmail.com |
| | | CLASSY NAILS SPA LLC | MATRAS BOTANICALS LLC | avengers store | aussiesales123456@gmail.com |
| | | DAMEFILYOSIS | MGRN | BAC TAN HUYNH | b.negi2021@outlook.com |
| | | DeeSOS Speechlet | MIRAKI INTERNATIONAL LLC | Balbir | bablikumari4261@outlook.com |
| | | Delaware Distributors | Mpact Orlando Marketing, Llc | Balbir Bisht | babysharma85521@outlook.com |
| | | DG Books | New Education Book store | Balbir Singh Bisht | balbirbisht.1@gmail.com |
| | | ECLAIR LLC | NIMADVA LLC | Balbir Singh Bisht Superzest Solution | beautyak995@gmail.com |
| | | EXIM LLC | Nimative International LLC | BIANCA CHRISTA BUTLER | berrydouvas@gmail.com |
| | | extravision | NorthTopS | Bo Demir | bestbuyerllcusa@gmail.com |
| | | EZ Forwarding | Nueva Store | Brian Howe | bfeb2602@gmail.com |
| | | Feingold | ORANGETWEETS | BRITTNEY C | bhaveshdd16@gmail.com |

Case 1:23-cv-07284-LAK   Document 184   Filed 01/24/25   Page 4 of 12
Case 1:23-cv-07284-LAK   Document 178-1   Filed 01/16/25   Page 2 of 10
Appendix D - Identifying Information

| Doe/Group | Defendant(s) | Am. Compl. Infringing Storefront(s) | Additional Infringing Storefront(s) | Alias(es) and Names | Email Address(es) |
|---|---|---|---|---|---|
| | | Flynn Warehouse | | Carlos Andres Esquinca Lopez | |
| | | | PLAMEN PILEV | | bhaveshexportllc@gmail.com |
| | | Fukfilmet3 | Polandphenixed | Carrie Rubury | bhooradone210@gmail.com |
| | | Fulfilment - 3 | retyuysshop | Chakib El Laymouny | bhooragumthalkadone@gmail.com |
| | | geniuswindow | SBXMBEVERAGES | Chandra Pal Singh | bhoorasingh5874@gmail.com |
| | | gobal exports | SEADRA HAMILTON | CHAPLE | birthdayblast2021@gmail.com |
| | | GUANGZHOU V SOLUTION TELECOMMUNICATION TECHNOLOGY CO LIMITED | Shanim | CHASE ALSTON | bishtheera553@gmail.com |
| | | gulzstore | Shobit Tomor | CHELLE SCHANE | boardsipsfousa@gmail.com |
| | | Gulzstore Mtoby Bookstore | shopgerasost | Chris Moran | braramreeksingh@gmail.com |
| | | inospire | Signuptours LLC | Chris Morin | bulkbooksellers@gmail.com |
| | | Jenica's Gift Boutique | SP ACROGIFTS | Cindy Keesee | bulkbooksellers@yahoo.com |
| | | Joe KSHF Warehouse | Sulfony LLC | Cydnee Twidwell | buybook7503@gmail.com |
| | | Jones Anesthesia Services Llc | TaganK | Cydnee Warehouse | c.chauniyal2021@yahoo.com |
| | | Kamal WareHouse | tougeraneule | CydneeTwidShop | c.sehlhorst@yahoo.com |
| | | KF Fulfillment Khald | TRAVELOBOT LLC | DANIEL BAUR | c.viraj1786@gmail.com |
| | | KF Warehouse | SUPERZEST | Daniela Viviane Baur | canadabookstores@gmail.com |
| | | KHALED HASAN / AURUMAMB LLC | | Danika Sawyer | carolyn.b32@yahoo.com |
| | | KINZA | CONNET TO ONLINE SUPER TRADE SERVICE | Danish Ak | catherine.w28@yahoo.com |
| | | KSHF Warehouse | | Danish Akhtar | cating.labs@hotmail.com |
| | | KUMAR SHOBHIT | | Daoli Huang | cfeb2602@gmail.com |
| | | lookshine pvt ltd | | David Christopher Gomm | chanderdd60@gmail.com |
| | | Markall Central | | Deepak Chauhan | Chaple102@gmail.com |
| | | Meekstore22 | | Deepak Nirwan | checkorders334@gmail.com |
| | | Melissa Return- KSF | | Deepka Negi | chira.ban.sido@gmail.com |
| | | Merto NC | | DERRICK CHAN | chivertonkyliegh878596@outlook.com |
| | | Monica Warehouse | | EARL C. DEAN | christensenb38@yahoo.com |
| | | MORE | | ELIAH ALEXANDRA ENGLISH | ciusm48@gmail.com |
| | | my favourite book store | | ELIZABETH GIL | claudine_mark@yahoo.com |
| | | ncbooks | | Erkek Ferhat | cmariacelano@gmail.com |
| | | NY City Books | | Estelisa | cmichale8150@yahoo.com |
| | | Oleksandr Pryvalikhin | | Esther Mavroforou | cmorin541@gmail.com |
| | | ONLINE | | Faizan Akbar | cmorn5318@gmail.com |
| | | Ontime Shipping -Shushil Sharma | | gaurav panchal | coolddbe@gmail.com |
| | | Panday Book Store | | Gerry Dalmasi | Cristianoo1981@yahoo.com |
| | | Patternberg Warehouse- Khaled | | GINOS HUB | CristoferThomas74@outlook.com |
| | | Paulina Warehouse- KSF | | Gleypnir_AURA | cruyffjohan805@yahoo.com |
| | | Peoples Warehouse | | Gloria Kim | d.timothy32@yahoo.com |
| | | Pompert | | HANANE ZARHANE | daniel.chapman25@yahoo.com |
| | | Prosperity | | HARPREET KAUR | danikasawyer@yahoo.com |
| | | Prosperity Sale | | Harshit Nagpal | dannymartha23@gmail.com |
| | | Prowisdombooks | | HARSIMRAN MATA | davidwarner239@yahoo.com |
| | | Pv Works, Inc. | | Himanshu | dc339272@gmail.com |

Case 1:23-cv-07284-LAK   Document 184   Filed 01/24/25   Page 5 of 12
Case 1:23-cv-07284-LAK   Document 178-1   Filed 01/16/25   Page 3 of 10

Appendix D - Identifying Information

| Doe/Group | Defendant(s) | Am. Compl. Infringing Storefront(s) | Additional Infringing Storefront(s) | Alias(es) and Names | Email Address(es) |
|---|---|---|---|---|---|
| | | Pv-harrison, Llc | | HK VOLUME EXPORT PVT LTD | debbie.rowden@yahoo.com |
| | | QUEVECK | | ishraq4112 | debrodt0@gmail.com |
| | | RE Bond Corporate Holdings Trust LLC | | JACOB T BEESON | deepdcdd@gmail.com |
| | | READER INBOX | | Jagpreet Cambo | delawaredistributors@gmail.com |
| | | Reboyui | | Jagpreet S Cambo | delawaredistributors@yahoo.com |
| | | SEPA LAND | | JAI KISHAN BHATI | deneillem@rediffmail.com |
| | | Shamin NC | | James Jonny | derin1162@yahoo.com |
| | | Shamin Warehouse | | Jasvir Singh Beniwal | devonjamison06@gmail.com |
| | | Shikara Store | | Jeenie Gordan | dfeb2602@gmail.com |
| | | SIMPOLO | | JEFFREY | diwakarji95@yahoo.com |
| | | SIXHDLIVE | | jennammub | dkim36160@gmail.com |
| | | Slava Boutique | | Jennifer Cruz | dmisty383@gmail.com |
| | | Steam International | | JESSCHENE LLC | documentation3103@yahoo.com |
| | | Store Shipper LLC | | Jhon Koly | dt479723@gmail.com |
| | | Superzest Solutions | | Jhon Miller | dwarner93897@yahoo.com |
| | | textandread | | Jimmy Lora | e.lyver@yahoo.com |
| | | The Art Box | | Jimmy Neon | eddie01001@gmail.com |
| | | The Sun Sine | | jodie nakamura | efeb2602@gmail.com |
| | | Track Booking | | Joe Youssef | enjoyeuropetrip2017@gmail.com |
| | | Track Booking ABC | | John Abraham | ericathom66@gmail.com |
| | | Tracking Service | | John Miles | escomart2018@gmail.com |
| | | TUANGOU | | john smith | esquincalopezcarlosandres@gmail.com |
| | | TUANGOU LLC | | Joseph Barzallo | faizanakbar18@gmail.com |
| | | Vasquez Global Investments, LLC | | Joseph James | fastkeepergroup@gmail.com |
| | | Vynavylend | | Julissa del Carmen Diaz Alvarez | ferdefh56@proton.me |
| | | Warehouse KSF | | KAMAL D | fhggbagba@gmail.com |
| | | Wembley Books | | Kamal Deep | flaurie852@gmail.com |
| | | Xi 'an Borui Hengtai Medical Technology Co., Ltd. | | Kamla Nirwan | flushingbookrentals@gmail.com |
| | | ZYRUS ERETAIL | | Kedar Singh | flynnquellaus@gmail.com |
| | | | | KELLY O NEILL | freedy.gomes.003@gmail.com |
| | | | | KIM WHATTS | gabbydouglas188@gmail.com |
| | | | | KRISTI ELAINE | garnybearsz@gmail.com |
| | | | | KRISTIN ELIAZBETH | geraldine@domus-ex-arte.com |
| | | | | KUMAR SHOBHIT | gm656308@gmail.com |
| | | | | LEANNE ARNOW | goldenhat1001@gmail.com |
| | | | | Lesilie Fierro | gregoryrazz418@gmail.com |
| | | | | Leslie Olivia Emmett | gs1440023@gmail.com |
| | | | | LILLA MARIE | gulmalikae@gmail.com |
| | | | | LILLY WESTBROOK | gunn53223@gmail.com |
| | | | | LINDA G GARDEPE | harpreetkaur664400@gmail.com |
| | | | | Louise Katy Daley | hconsult625@gmail.com |
| | | | | Love creator | helenasteadfastguartz@gmail.com |

Case 1:23-cv-07284-LAK   Document 184   Filed 01/24/25   Page 6 of 12
Case 1:23-cv-07284-LAK   Document 178-1   Filed 01/16/25   Page 4 of 10
Appendix D - Identifying Information

| Doe/Group | Defendant(s) | Am. Compl. Infringing Storefront(s) | Additional Infringing Storefront(s) | Alias(es) and Names | Email Address(es) |
|---|---|---|---|---|---|
| | | | | Lynne W Stasiak | heyveldlizeth@gmail.com |
| | | | | Lyudmila Gladkih | himselfshallow@gmail.com |
| | | | | MACK STUEVE | hobbs.shane.121@gmail.com |
| | | | | MADELINE | iancooper188@gmail.com |
| | | | | Malika | iizforwarding@gmail.com |
| | | | | Malika Gul | im.johnmarsh@gmail.com |
| | | | | Malikae Gul KSF | inospirestore@gmail.com |
| | | | | Malikaegul | j2256112@gmail.com |
| | | | | Manjay | jack.adam.0109@gmail.com |
| | | | | Manoj Kumar | jaffhard9@gmail.com |
| | | | | MANSAB | jalisia89@yahoo.com |
| | | | | MANSAHIB SINGH | jamesbond5241@yahoo.com |
| | | | | MARIA DE | jamesfock58@yahoo.com |
| | | | | Mario Sanchez Frances | jamesjonny044@gmail.com |
| | | | | Marlen Kitto | jamesnew0923@gmail.com |
| | | | | Matthew Bochnak | jasolaviz@gmail.com |
| | | | | MATTHEW JOHNATHAN D MULHOLLAND | jason.roy91@yahoo.com |
| | | | | Mayank Chowdhary | jasonnelson771988100@outlook.com |
| | | | | MD MOSABBIR KHAN | jasonroy3294@yahoo.com |
| | | | | Meek | jasonsprince02@gmail.com |
| | | | | Melissa | jay_ashcraft@yahoo.com |
| | | | | Melissa A | jeeniegordon@gmail.com |
| | | | | Melissa Ann Helmer | jeremymiller846@gmail.com |
| | | | | Mertato | jhonhardy583@gmail.com |
| | | | | Mia Habib | jhonkoly@yahoo.com |
| | | | | MICHAEL WELKER | jhonmiller91@yahoo.com |
| | | | | MICHELLE CORIA | jimber.kley@yahoo.com |
| | | | | MINDI J AXNER | jimmy6ty@gmail.com |
| | | | | miraj | jimmyevans571@yahoo.com |
| | | | | Miss Malikaegul Malikaegul | jimmyneon0@gmail.com |
| | | | | Mitesh Kumar | jjillmariepolly@gmail.com |
| | | | | Mohammad Kashif Rashid | joehanna01@yahoo.com |
| | | | | Mohan Singh Rawat | joeyousfamrtwo@gmail.com |
| | | | | Monica Zarate Munoz | jognebrahim@yahoo.com |
| | | | | Morin Chrisme | johncart0102@gmail.com |
| | | | | Naba Kumar Panday | johninospirecap@gmail.com |
| | | | | NAOMI M ROW | jonesbeckh@gmail.com |
| | | | | NATALIE NICHOLE LANIOHAN | jonnk3238@gmail.com |
| | | | | NAVITH REDDY KATPALLY | jorgenick@rediffmail.com |
| | | | | NAVPREET KAUR | joseph.bines@yahoo.com |
| | | | | NEERAJ KUMAR THAKUR | jovy.joy@yahoo.com |
| | | | | NEW AGE KK | jroxyjhon@gmail.com |
| | | | | Nicolle Dirksen | jsh51@yahoo.com |

Case 1:23-cv-07284-LAK   Document 184   Filed 01/24/25   Page 7 of 12
Case 1:23-cv-07284-LAK   Document 178-1   Filed 01/16/25   Page 5 of 10
Appendix D - Identifying Information

| Doe/Group | Defendant(s) | Am. Compl. Infringing Storefront(s) | Additional Infringing Storefront(s) | Alias(es) and Names | Email Address(es) |
|---|---|---|---|---|---|
| | | | | Nina Miller | juendicosta@gmail.com |
| | | | | Nishant Kumar Choudhary | julissadelcarmendiazalvarez1@proton.me |
| | | | | NOOPUR TAYAL | justin.dust@yahoo.com |
| | | | | Oleksandr Ippolitov | jyotisharma28930@gmail.com |
| | | | | Oleksandr Pryvalikhin | kamaldeep.8686@gmail.com |
| | | | | Olivia Rose | kamalsingh659@outlook.com |
| | | | | ONAM | kaprisurgery@yahoo.com |
| | | | | Pacific LightNet | kashifsells@gmail.com |
| | | | | Pana Chen | katienoren1977@gmail.com |
| | | | | Pardeep Kumar | kayleestreetsmarty@gmail.com |
| | | | | Parinay Jain | kenjaljohn@gmail.com |
| | | | | Paternberg Technology LTD | kevinspaceykk@yahoo.com |
| | | | | Perla Del Rubi Ramirez | khaledvcp@gmail.com |
| | | | | Polly Jill Marie | kirankumar748@outlook.com |
| | | | | Poonam Chauhan | klaauspaper@gmail.com |
| | | | | Prag Nirwan | klajbor95@gmail.com |
| | | | | Prakash Nagarkoti | komal859@outlook.com |
| | | | | PRASHANT TIMALSINA | kristelmorn@yahoo.com |
| | | | | Praveen Kumar Sharma | ksatish280@yahoo.com |
| | | | | Prita Sin | kunalpandit51541@outlook.com |
| | | | | PRIYANK SINGHAL | kunalprajapati431@outlook.com |
| | | | | Puneet Ahuja | kunalsharma5531@outlook.com |
| | | | | PURAN | lee672532@gmail.com |
| | | | | Puran Singh | leesuzane1@gmail.com |
| | | | | Puran Singh | lfiorani234@Gmail.com |
| | | | | Puran Singh Bisht | liaharris22@yahoo.com |
| | | | | Qaegis | licerabbie45@gmail.com |
| | | | | QHMPL Books | lifeoktatas@gmail.com |
| | | | | Radha Devi | limaiers2520@rediffmail.com |
| | | | | Rahul Rahul | lindalopa26@gmail.com |
| | | | | Rajat Sharma | linked.enterprises@hotmail.com |
| | | | | Rajeev Kumar | lisabethyr@gmail.com |
| | | | | Rajiv Kumar | lj0396080@gmail.com |
| | | | | Ramesh Kumar | lopa36477@gmail.com |
| | | | | Ramji Ramila Kantilal Shah | lordrosy83@gmail.com |
| | | | | Rashmi Kumari | lotuseducationsales@gmail.com |
| | | | | RAVI BHATI | lovecreate086@gmail.com |
| | | | | Rebekal kim | lowet0216@gmail.com |
| | | | | REHANA PARVEEN | luchoursfer43@gmail.com |
| | | | | Richard Morgan | maddyac337@gmail.com |
| | | | | Ricky Furrow | mair70759@gmail.com |
| | | | | RINKU KUMAR | malnaanah316@gmail.com |
| | | | | RITIKA MALIK | marellasahiti67@gmail.com |
| | | | | Robert Ward | marialinda152@yahoo.com |
| | | | | ROHIT KUMAR | marinos1977rs@gmail.com |
| | | | | Roxy Jhon | markallcentral@gmail.com |

Appendix D - Identifying Information

| Doe/Group | Defendant(s) | Am. Compl. Infringing Storefront(s) | Additional Infringing Storefront(s) | Alias(es) and Names | Email Address(es) |
|---|---|---|---|---|---|
| | | | | Ruoyu Yang | marryjass82@gmail.com |
| | | | | RYEN NAVARRO | martin.matt10@yahoo.com |
| | | | | SARAH JANE | marymike625@gmail.com |
| | | | | SBXMBEVERAGES | matthew5137@yahoo.com |
| | | | | SEADRA HAMILTON | maxonlinemarkets@gmail.com |
| | | | | SELLEHUB | mccarthyorrllando@gmail.com |
| | | | | Sen Peep | mdmosabbirkhan@outlook.com |
| | | | | SHADAB T | meekstore2022@gmail.com |
| | | | | SHARON L COLLEY | melissahelmar@gmail.com |
| | | | | Shenzhen Hdv Photoelectron Technology Ltd | meredithlinden222@yahoo.com |
| | | | | Shenzhen Jinyuan Optoelectronics Technology Co Ltd | michael.diaferia@yahoo.com |
| | | | | SHENZHEN NEW QUANTUMELECTRONICCO LTD | mikejackson145@yahoo.com |
| | | | | Shine Enterprises | milkeross88@gmail.com |
| | | | | Shivanshu Sharma | mindijaxner@gmail.com |
| | | | | Shobhit Tomar | mistnony@yahoo.com |
| | | | | SINGH GURU | mitisha2022@yahoo.com |
| | | | | Skit Skoot | mjack298@yahoo.com |
| | | | | Smita Bhatia | mlampman99@yahoo.com |
| | | | | Smith Lee | morinchrisme@gmail.com |
| | | | | SNOBER GROVER | munozmonicazarate@gmail.com |
| | | | | sonam bee | munshiadam@yahoo.com |
| | | | | Sonu Sonu | mystitrevena@gmail.com |
| | | | | Spring Path | n.rawat2021@rediffmail.com |
| | | | | St Neots | nabakumar7803@gmail.com |
| | | | | STEPHANIE NEDELEC | nancysummersus@gmail.com |
| | | | | STEWART ROSS | nastaranmyers29@gmail.com |
| | | | | Sugo Anthany | natashamiller562@gmail.com |
| | | | | Sumedh Sachdev | navalkishor95@outlook.com |
| | | | | Suresh Chauhan | neerajgautam00369@outlook.com |
| | | | | Susan Weldon | negi.priya2@gmail.com |
| | | | | Sushil Sharma | negij3959@gmail.com |
| | | | | Svitlana Kiporenko | neon37139@gmail.com |
| | | | | TATAR NURSEL | newstore223344@yahoo.com |
| | | | | Tehmeena Khan | niamcgann5@gmail.com |
| | | | | THE EXPRESS POINT | nick2566@yahoo.com |
| | | | | THE STAR BOOK | nicolezdarsky@yahoo.com |
| | | | | Thomas Miller | nina.m35@yahoo.com |
| | | | | Tiffany Eslinger | ninasheb@yahoo.com |
| | | | | Timo Schwarz | ninaw15@yahoo.com |
| | | | | TOPCLASS | nj5772224@gmail.com |
| | | | | TRAGUS LINE | np04ciz@gmail.com |
| | | | | Trevor Jordan | onlinestores081@gmail.com |

Appendix D - Identifying Information

| Doe/Group | Defendant(s) | Am. Compl. Infringing Storefront(s) | Additional Infringing Storefront(s) | Alias(es) and Names | Email Address(es) |
|---|---|---|---|---|---|
| | | | | UNIQUE | paigelabe01@yahoo.com |
| | | | | United Textbook | papril76@yahoo.com |
| | | | | Upadhay | parker.april25@yahoo.com |
| | | | | Vandana Chauhan | party_special@yahoo.co.in |
| | | | | Veronica Espinosa | paternbergtech@gmail.com |
| | | | | Veronica Hernandez Guerrero | paynegrace19@yahoo.com |
| | | | | Vidhu Menon | pb070174@gmail.com |
| | | | | Vignesh | peopleshat@gmail.com |
| | | | | Vishal Saxena | peter23malick@gmail.com |
| | | | | WILLIAN FEATHER | phouse10@yahoo.com |
| | | | | WONDERS NEW | pijoseph188@gmail.com |
| | | | | WORDHOUSE LLC | pjlevis123@gmail.com |
| | | | | yashpal singh | pkjdd82@gmail.com |
| | | | | Zachary David | pnirwan07@gmail.com |
| | | | | ZIYA KHAN | postman@lucria.co.uk |
| | | | | Zyair Hinton | pratul564@outlook.com |
| | | | | Chanchal Johnston | praveenkumar3259@gmail.com |
| | | | | | praveensharma10791@gmail.com |
| | | | | | premiumdrymatter@gmail.com |
| | | | | | priyank.chopra@yahoo.com |
| | | | | | prowisdombooks@gmail.com |
| | | | | | prsingh202111@gmail.com |
| | | | | | ps.bisht2021@outlook.com |
| | | | | | puchasebestpoint@gmail.com |
| | | | | | puranbisht188@gmail.com |
| | | | | | rachelroys37@gmail.com |
| | | | | | rafaelpeter0923@gmail.com |
| | | | | | rajneeshvedi@gmail.com |
| | | | | | ramesh08kuma@gmail.com |
| | | | | | ramitlesson@gmail.com |
| | | | | | ramraheem708@yahoo.com |
| | | | | | rashmibishtme@gmail.com |
| | | | | | Ratankumar85@outlook.com |
| | | | | | raybro829@gmail.com |
| | | | | | rayburnfikes2003@outlook.com |
| | | | | | rebekakim@rediffmail.com |
| | | | | | reedermysti@gmail.com |
| | | | | | reena30484@yahoo.in |
| | | | | | reportingupdates@gmail.com |
| | | | | | reportingupdates1@gmail.com |
| | | | | | reportupdatebooks@gmail.com |
| | | | | | requesttrt@gmail.com |
| | | | | | rich.rishi.132@gmail.com |
| | | | | | rickllcccc@gmail.com |
| | | | | | rk3932328@gmail.com |
| | | | | | robinkrist@yahoo.com |
| | | | | | ronyclory@yahoo.com |

Appendix D - Identifying Information

| Doe/Group | Defendant(s) | Am. Compl. Infringing Storefront(s) | Additional Infringing Storefront(s) | Alias(es) and Names | Email Address(es) |
|---|---|---|---|---|---|
| | | | | | rosegarry534@gmail.com |
| | | | | | rosycharl41@gmail.com |
| | | | | | rs7835312@gmail.com |
| | | | | | ruoyu.y@yahoo.com |
| | | | | | ruoyuyang711@yahoo.com |
| | | | | | s.rishabh2372@gmail.com |
| | | | | | safarihondaverna@gmail.com |
| | | | | | sagerlaser01@gmail.com |
| | | | | | salesreports44@gmail.com |
| | | | | | samsassone5@gmail.com |
| | | | | | samworkstation07@gmail.com |
| | | | | | santos.natalie72@yahoo.com |
| | | | | | sara_chauhdry98@hotmail.co.uk |
| | | | | | sarakannad24@gmail.com |
| | | | | | sarkhaled@gmail.com |
| | | | | | sbgracia42@yahoo.com |
| | | | | | scott.bakula@yahoo.com |
| | | | | | ShaliniASharma01@outlook.com |
| | | | | | shanimamz123@gmail.com |
| | | | | | sharmarachit827@gmail.com |
| | | | | | sharnemarsh@yahoo.com |
| | | | | | sharsonu55@gmail.com |
| | | | | | shavikumari81328@outlook.com |
| | | | | | Sheb46@yahoo.com |
| | | | | | shugo092@outlook.com |
| | | | | | sidnaan4321@gmail.com |
| | | | | | sixacam@gmail.com |
| | | | | | sixhdlive@gmail.com |
| | | | | | skootskit@gmail.com |
| | | | | | stance1436@gmail.com |
| | | | | | stellamarshall83@yahoo.com |
| | | | | | store750398@gmail.com |
| | | | | | storematekartservices@gmail.com |
| | | | | | sujannekadasian@yahoo.com |
| | | | | | superzests@gmail.com |
| | | | | | superzestsolutions19@gmail.com |
| | | | | | support@acrogifts.com |
| | | | | | sushil68sharma@gmail.com |
| | | | | | sw704053@gmail.com |
| | | | | | t.rahul3586@gmail.com |
| | | | | | tenjohnmiles@gmail.com |
| | | | | | tgreg96@yahoo.com |
| | | | | | thenewbookstoreonamazon@gmail.com |
| | | | | | thorson835@gmail.com |
| | | | | | tiffanyhern809@gmail.com |
| | | | | | tigergolf0007@gmail.com |
| | | | | | titantiago1@gmail.com |

| Doe/Group | Defendant(s) | Am. Compl. Infringing Storefront(s) | Additional Infringing Storefront(s) | Alias(es) and Names | Email Address(es) |
|---|---|---|---|---|---|
| | | | | | tonyala73@gmail.com |
| | | | | | tougeraneule@gmail.com |
| | | | | | tshobhit850@gmail.com |
| | | | | | tuangou.store@hotmail.com |
| | | | | | twiqexpopvtlyd@gmail.com |
| | | | | | tworawt@gmail.com |
| | | | | | upadhyaysaransh746@gmail.com |
| | | | | | usaeditionbookstore@gmail.com |
| | | | | | v.k.printers21@gmail.com |
| | | | | | vaishalidevi827@yahoo.com |
| | | | | | valinay@yahoo.com |
| | | | | | vandnabe@gmail.com |
| | | | | | vazquezdiana57@yahoo.com |
| | | | | | vidhum55@yahoo.com |
| | | | | | vikasyadav265@outlook.com |
| | | | | | vishaldbe96@gmail.com |
| | | | | | viteshlilaniaus@gmail.com |
| | | | | | vuanthony143@gmail.com |
| | | | | | vwerbbcwer436@gmail.com |
| | | | | | wagle.amazon@gmail.com |
| | | | | | walkertomkk@gmail.com |
| | | | | | westpvtltd@gmail.com |
| | | | | | wholesomesanitary@gmail.com |
| | | | | | willbyers510@gmail.com |
| | | | | | willianfeatherwillianfeather@gmail.com |
| | | | | | wood.parker0007@gmail.com |
| | | | | | yashpal07187@gmail.com |
| | | | | | zipperretail@gmail.com |
| | | | | | connecttoonline3@gmail.com |
| | | | | | supertradeservices026@gmail.com |
| | | | | | |
| Group 2 | Life of Riley Private Limited | Life of Riley International | Aggarwal Partners LLC | Minal Shah | affordablehousecleaning756@gmail.com |
| | Life of Riley International Inc. | Be you tiful | DUDKIHOMES | Mukund Srinivas | director@lifeofriley.in |
| | Pooja Sharma | GlysHomes | SYM Home & Kitchen | Raghav Sharma | ecom@lifeofriley.in |
| | | Man Golys | Book Wagon Shop | Ramesh Chand Sharma | hll.ecohaus@gmail.com |
| | | Mangoley's | | Rileymax International Incorporated | lorintusa9@gmail.com |
| | | ManGoly | | Vidushi Sharma | mangolys1@gmail.com |
| | | Mangoly's | | Vijendra Singh | maxrileyintusa@gmail.com |
| | | Tonglu Logo Pen Co., Ltd. | | Vrinda Sharma | rvpooja2801@gmail.com |
| | | Zheng Ruan | | Dheeraj Kumar Sahu | Vijendra@lifeofriley.in |
| | | | | Raghunathan Kalyanam | backgreen39@gmail.com |
| | | | | Deepak Deepak | opsblikgreen@gmail.com |
| | | | | Linger Stacy LLC | prkcentraldistributors@gmail.com |
| | | | | Valeo Enterprises | cetraleather@gmail.com |

Appendix D - Identifying Information

| Doe/Group | Defendant(s) | Am. Compl. Infringing Storefront(s) | Additional Infringing Storefront(s) | Alias(es) and Names | Email Address(es) |
|---|---|---|---|---|---|
| | | | | Vozana Homes (OPC) Private Limited | info@anantamhomes.com |
| | | | | Leather Ceatra (OPC) Private Limited | craftvaishu@gmail.com |
| | | | | Gaurav Yadav | |